ACCEPTED
15-25-00088-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/4/2025 10:37 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00088-CV

**IN THE FIFTEENTH COURT OF APPEALS**
**AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/4/2025 10:37:40 AM
CHRISTOPHER A. PRINE
Clerk

**In re ASTRAZENECA PHARMACEUTICALS LP,**
**Relator.**

**On Appeal from the 71st Judicial District Court**
**Harrison County, Texas**
**Trial Court Cause No. 22-0426**

# NOTICE OF APPEARANCE

TO THE HONORABLE COURT OF APPEALS:

Paige L. Cheung, Nadia Burns, and Vivian Egbu hereby appear as counsel ("Counsel") for Real Party in Interest State of Texas. Paige L. Cheung will replace Jonathan D. Bonilla as Lead Attorney for the State of Texas. Counsel request that the parties and Court serve Counsel with all documents required to be served under the Texas Rules of Appellate Procedure, local rules, or any Order entered by the Court in this case. Contact information for Counsel is listed below.

5

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**AMY SNOW HILTON**
Chief for Healthcare Program Enforcement
Division

*/s/ Paige L. Cheung*
PAIGE L. CHEUNG
Assistant Attorney General
Texas State Bar No. 24116193

VIVIAN EGBU
Assistant Attorney General
Texas State Bar No. 24079078

NADIA BURNS
Assistant Attorney General
Texas State Bar No. 24041176

Office of the Attorney General
Healthcare Program Enforcement Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

5

Telephone: (512) 936-9932
Facsimile: (512) 320-0667
Paige.Cheung@oag.texas.gov
Vivian.Egbu@oag.texas.gov
Nadia.Burns@oag.texas.gov

**ATTORNEYS FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the foregoing instrument was served upon all counsel of record in compliance with the Texas Rules of Appellate Procedure on June 4, 2025.

*/s/ Paige L. Cheung*
Paige L. Cheung

**MORGAN, LEWIS & BOCKIUS LLP**
William R. Peterson
Heidi Rasmussen
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000
william.peterson@morganlewis.com
heidi.rasmussen@morganlewis.com

**SCOTT DOUGLASS & MCCONNICO LLP**
Stephen E. McConnico
Kennon L. Wooten
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300
smcconicco@scottdoug.com
kwooten@scottdoug.com

**GILLAM & SMITH LLP**
Melissa R. Smith
303 S. Washington Ave.
Marshall, Texas 75670
(903) 934-8450
melissa@gillamsmithlaw.com

**ATTORNEYS FOR RELATOR ASTRAZENECA PHARMACEUTICALS LP**

**MCKOOL SMITH P.C.**
Samuel F. Baxter
Jennifer L. Truelove
104 East Houston Street, Suite 300
Marshall, Texas 75670
(903) 923-9099
sbaxter@mckoolsmith.com
jtruelove@mckoolsmith.com

**THE LANIER FIRM**
W. Mark Lanier
Alex Brown
Zeke DeRose III
Jonathan Wilkerson
10940 W. Sam Houston Pkwy. N., Suite 100
Houston, TX 77064
(800) 723-3216
WML@LanierLawFirm.com
Alex.Brown@LanierLawFirm.com
Zeke.DeRose@LanierLawFirm.com
Jonathan.Wilkerson@LanierLawFirm.com

**COUNSEL FOR REAL PARTIES IN INTEREST SCEF, LLC AND LYNNE LEVIN-GUZMAN**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lauren Sibley on behalf of Paige Cheung
Bar No. 24116193
lauren.sibley@oag.texas.gov
Envelope ID: 101599115
Filing Code Description: Other Document
Filing Description: 20250604 Cheung Egbu Burns Notice of Appearance
Status as of 6/4/2025 10:43 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kennon L.Wooten | | kwooten@scottdoug.com | 6/4/2025 10:37:40 AM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 6/4/2025 10:37:40 AM | SENT |
| Jonathan Wilkerson | 24050162 | jonathan.wilkerson@lanierlawfirm.com | 6/4/2025 10:37:40 AM | SENT |
| Melissa Smith | 24001351 | melissa@gillamsmithlaw.com | 6/4/2025 10:37:40 AM | SENT |
| William Peterson | 24065901 | William.Peterson@morganlewis.com | 6/4/2025 10:37:40 AM | SENT |
| Brian McBride | 24002554 | scott.mcbride@morganlewis.com | 6/4/2025 10:37:40 AM | SENT |
| Zeke DeRose | 24057421 | zeke.derose@lanierlawfirm.com | 6/4/2025 10:37:40 AM | SENT |
| Jennifer Truelove | 24012906 | jtruelove@mckoolsmith.com | 6/4/2025 10:37:40 AM | SENT |
| Alex Brown | 24026964 | alex.brown@lanierlawfirm.com | 6/4/2025 10:37:40 AM | SENT |
| W. Mark Lanier | 11934600 | jrm@lanierlawfirm.com | 6/4/2025 10:37:40 AM | SENT |
| Heidi Rasmussen | 24090345 | heidi.rasmussen@morganlewis.com | 6/4/2025 10:37:40 AM | SENT |
| Ruth Adams | | radams@scottdoug.com | 6/4/2025 10:37:40 AM | SENT |
| Steve McConnico | | smcconnico@scottdoug.com | 6/4/2025 10:37:40 AM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 6/4/2025 10:37:40 AM | SENT |
| John Dodds | | john.dodds@morganlewis.com | 6/4/2025 10:37:40 AM | SENT |
| Erica Jaffe | | erica.jaffe@morganlewis.com | 6/4/2025 10:37:40 AM | SENT |
| W. Mark Lanier | | WML@LanierLawFirm.com | 6/4/2025 10:37:40 AM | SENT |
| Steven Strauss | | steven.strauss@morganlewis.com | 6/4/2025 10:37:40 AM | SENT |
| Paige Cheung | 24116193 | paige.cheung@oag.texas.gov | 6/4/2025 10:37:40 AM | ERROR |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 6/4/2025 10:37:40 AM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 6/4/2025 10:37:40 AM | SENT |
| Lauren Sibley | | lauren.sibley@oag.texas.gov | 6/4/2025 10:37:40 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lauren Sibley on behalf of Paige Cheung
Bar No. 24116193
lauren.sibley@oag.texas.gov
Envelope ID: 101599115
Filing Code Description: Other Document
Filing Description: 20250604 Cheung Egbu Burns Notice of Appearance
Status as of 6/4/2025 10:43 AM CST

Case Contacts

| Lauren Sibley | | lauren.sibley@oag.texas.gov | 6/4/2025 10:37:40 AM | SENT |
| --- | --- | --- | --- | --- |
| Samuel Baxter | 1938000 | sbaxter@mckoolsmith.com | 6/4/2025 10:37:40 AM | SENT |